and the United Federation of Teachers et al, 24-3045. We'd invite everyone up. Mr. Jordan, I see you're here today. Good morning. Mr. Jordan, I think we have received, you had a motion for having some extra time in oral argument, I understand? Yes, Your Honor, but I would like to withdraw that motion. Okay, that's fine. Whenever you're ready. Instead, I would like to request two minutes in rebuttal time. Absolutely, absolutely. I'll ask the courtroom deputy to reset the clock so that way right now it will be set to three and then when you come back it'll be set to two, okay? So whenever you're ready, Mr. Jordan. Yes, good day, Your Honors. I again submitted a brief as well as a reply brief and I think it addressed the key issues which was jurisdiction. I didn't think that the court had jurisdiction since all the parties were not served and also my license that was granted to me by the Board of Examiners was a department in the DOE Department of Education confirmed. So my license was valid according to their own department. In terms of on the issue of irreparable harm, again, it was addressed quite completely in my reply brief. So I feel that I would just be regurgitating my briefs and reply if I go on. But I do reserve the two minutes in case there's a need. Absolutely. And just to be clear, Mr. Jordan, yes, we do have your briefs and we thank you for sending those in in advance. So all the materials that you've submitted, all three of us have read carefully. Yeah, so thank you. But don't go away because you're gonna come back and if you'd like to add anything on rebuttal, we'd be happy to hear that. Now we have, let's see, from New York City, we have Attorney Paulson. Good morning, Your Honors. Good morning. If there's anything you'd like to say beyond what's in the briefs. Your Honors, I have nothing to add to my briefs. I would urge affirmance of the district court's decision that it was a provident exercise of the court's discretion in denying the request for injunctive relief. Okay, thank you. And as we said to Mr. Jordan, we've read your papers and that's fine. Why don't we turn to Attorney, is it Donilon? Yes. Attorney Donilon, if there's anything you'd like to say in addition to what's in the briefs. Good morning, Your Honors. No, I would rest on my papers and as found in my briefs, just in response to Mr. Jordan's comment or argument about jurisdiction, we would just note that that argument was raised for the very first time on appeal in this matter and therefore should be deemed waived. Otherwise, if there are no questions from the bench, I'll rest on my papers. Okay, and again, thank you to you. Again, as we've said to the other parties, we have read all of your submissions. So Mr. Jordan, is there anything you would like to add? You have two minutes. The floor is yours. If there's any... You're prepared to rest on the briefs, sir? Okay, well, and with all the parties today, we are reserving decision. We will take the case under advisement. There will be a written ruling in due course. We thank all of you for your written submissions and we thank you for coming.